IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON RANCHERIA OF POMO INDIANS OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOLENE CRAWFORD,<br><br>    Defendant.<br>_____ / | No. C 11-00590 WHA<br><br>**ORDER REQUESTING FURTHER RESPONSE FROM DEFENDANT JOLENE CRAWFORD** |

In response to the complaint, which was served on defendant Jolene Crawford on March 4, 2011, defendant filed a "memorandum" and a declination to proceed before a magistrate judge. These indicate an intent to defend against this action. Defendant, however, has not filed an answer or motion in the form contemplated by Federal Rule of Civil Procedure 12. Defendant is proceeding *pro se*. Therefore, defendant will be given another opportunity to respond to the complaint by answer or motion as contemplated by the federal and civil local rules. Defendant must file such submission by **MAY 20, 2011**.

Defendant should be aware that there is free legal assistance available to litigants without lawyers in federal court. This service — called the Legal Help Center — is available to anyone who is representing him- or herself in a civil lawsuit (or is considering filing a civil lawsuit) in the San Francisco or Oakland divisions of the United States District Court for the Northern District of California. The Legal Help Center is located in the federal courthouse in San Francisco: 450 Golden Gate Avenue, 15th Floor, Room 2796. Assistance is provided by appointment only, and

appointments are held in person at the Legal Help Center.  A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-9000 x8657.  Defendant is encouraged to seek assistance from the Legal Help Center in further responding to the complaint.

**IT IS SO ORDERED.**

Dated:  April 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE