IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON RANCHERIA OF POMO INDIANS OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOLENE CRAWFORD,<br><br>    Defendant.<br>                                   / | No. C 11-00590 WHA<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

     In light of the previous settlement in this case, the motion for a temporary restraining order is **DENIED**. Insufficient grounds are cited in disregard of the procedural posture of this case.

     **IT IS SO ORDERED.**

Dated: September 15, 2011.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE